White Plains, and Peter Paulding, as clerk of the village of White Plains. No opinion. There being no apparent reason for the decision of this appeal out of its order, it will be heard on reargument January 6, 1908, so that it may be decided with the other appeals in the same matter to be heard on that day.

PEOPLE ex rel. PETERS, Respondent, v. ADAM et al., Appellants (two cases). (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Proceedings by the people of the state of New York, on the relation of Edward D. Peters, against Robert B. Adam and others, constituting the civil service commission of the city of Buffalo. No opinion. Order affirmed, with costs, on opinion of WOODWARD, J., delivered at Special Term. 106 N. Y. Supp. 158.

PEOPLE ex rel. REITH v. HAYES, Fire Com'r. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Proceedings by the people of the state of New York, on the relation of Charles Reith, against Nicholas J. Hayes, as fire commissioner, etc. No opinion. Reargument ordered, and case set down for January 13, 1908.

PHILLIPS, Respondent, v. MAHLER, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Frederick Phillips against Charles Mahler. No opinion. Judgment and order of the County Court of Queens county unanimously affirmed, with costs.

POEL et al., Respondents, v. ARANA et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Frank Poel and others, copartners, etc., against Julio C. Arana and others, copartners, etc. No opinion. Judgment and order unanimously affirmed, with costs.

POMERANZ, Appellant, v. P. M. FLETCHER CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Victor E. Pomeranz against the P. M. Fletcher Company. No opinion. Order of the Municipal Court unanimously affirmed, with costs.

POST, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Richard T. Post against the Brooklyn Heights Railroad Company. No opinion. Motion denied, without costs.

POST, Respondent, v. BROOKLYN HEIGHTS·R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by Richard T. Post against the Brooklyn Heights Railroad Company. PER CURIAM. Judgment and order affirmed, with costs. HIRSCHBERG, P. J., not voting.

POST v. INGRAHAM. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by George W. Post, Jr., against Henry C. M. Ingraham. No opinion. Motion for leave to go to Court of Appeals granted, and question certified. Order filed.

POTTS, Respondent, v. McCLINTIC–MARSHALL CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by Lulu M. Potts, as administratrix, etc., against the McClintic-Marshall Construction Company. No opinion. Judgment and order affirmed, with costs.

PRATIE et al., Respondents, v. BUTLER et al., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by William Pratie and another against James J. Butler and others. M. Meyer, for appellants. M. C. Katz, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

PRIOLO v. SOUTHARD. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by Giuseppe Priolo against Charles H. Southard. No opinion. Order resettled.

In re PRITCHETT. (Supreme Court, Appellate Division, First Department. October 18, 1907.) In the matter of Thomas J. Pritchett. No opinion. Respondent to be heard on third Friday of present term.

RAHM, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Action by Theresa Rahm, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

RAINO, Appellant, v. CAMARDELLA et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Annie Raino, as administratrix, etc., of George Raino, deceased, against James V. Camardella and another, etc. PER CURIAM. Judgment affirmed, with costs. HIRSCHBERG, P. J., not voting.

In re RANDEL. (Supreme Court, Appellate Division, First Department. January 17, 1908.) In the matter of William F. Randel. No opinion. Application denied.

REEHIL, Respondent, v. FRAAS, Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Edward Reehil against John Fraas. PER CURIAM. Order affirmed, with costs. HIRSCHBERG, P. J., not voting.

REILLY, Respondent, v. STEINHART, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Ac-

tion by Hugh J. Reilly against Frank Steinhart. D. T. Davis, for appellant. H. Wetherhorn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

RESNICOFF, Respondent, v. BLICK, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Max Resnicoff against Samuel Blick. No opinion. Motion denied, with $10 costs.

———

In re REUBEL. (Supreme Court, Appellate Division, First Department. December 20, 1907.) In the matter of Henry Reubel, as administrator. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 103 N. Y. Supp. 804.

———

REYNOLDS, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (No. 2.) (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Patrick J. Reynolds against the Brooklyn Heights Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

———

RICH, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by David Rich against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

RICHARD DEEVES & SON v. MANHATTAN LIFE INS. CO. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Richard Deeves & Son against the Manhattan Life Insurance Company. No opinion. Motion denied, with $10 costs. Order filed.

———

RICHARDS Respondent, v. CANDEE & KREKELER CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Alfred Richards against the Candee & Krekeler Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., dissents.

———

RICHBURG, Respondent, v. RICHBURG, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Jennie D. Richburg against Frederick Richburg.

PER CURIAM. Judgment affirmed, with costs. Held that a judgment of divorce was properly awarded, and, while the amount of alimony fixed by the decree seems large, in view of the property of the defendant and his ability to earn money, still he has his remedy, under the provisions of the Code of Civil Procedure, to annul, modify, or vary the decree in that respect by motion at Special Term, where the Special Term may, if he shows a disposition to pay what he fairly can, afford him such relief as may seem proper.

RIDGELY, Respondent, v. BERGSTROM et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Albert N. Ridgely against Oscar B. Bergstrom and another. No opinion. Judgment and order affirmed, with costs.

———

RIESENBERGER et al., Respondents, v. RASMUSSEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Irving Riesenberger and another against Robert T. Rasmussen and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

ROBINSON, Appellant, v. UNION RY. CO. OF NEW YORK CITY, Respondent. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by William Robinson against the Union Railway Company of New York City. No opinion. Motion for leave to appeal to the Court of Appeals denied.

———

ROCK, Appellant, v. UNION RY. CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by James A. Rock against the Union Railway Company of New York. A. A. Colnon, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

ROESLER, Respondent, v. SHILLING, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Bernard Roesler against George B. Shilling. No opinion. Judgment of the Municipal Court affirmed, with costs.

———

ROGERS, Respondent, v. COLEMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by Charles P. Rogers against Nathan Coleman and another. F. M. Avery, for appellants. R. Gibson, Jr., for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

ROMANO, Respondent, v. CONCORDIA FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by Salvatore Romano against the Concordia Fire Insurance Company. No opinion. Motion granted, without costs.

———

ROMEO, Respondent, v. SHOLL, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by Francis Romeo against Edward P. Sholl, impleaded. F. Grady, for appellant. R. C. Beatty, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

RUMPF et al. v. BUHLER et al. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by William Rumpf and another against Emma Buhler and others. No opinion. Motion granted, with $10 costs. Order filed.